408 A.2d 525

Commonwealth v. Belcher, Appellant.

Submitted March 31, 1978.  Calvin S. Drayer, Assistant Public Defender, Chief, Appeals Division, for appellant; Eric J. Cox, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.